**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF MISSISSIPPI

CASE NO.   **15-11654**

Debtor   **Timothy Daniel**          SS#   **xxx-xx-6033**       Median Income   ☐ Above   ☑ Below
Joint Debtor   **Jerri Daniel**      SS#   **xxx-xx-9256**
Address   **5 Grove Cove Byhalia**, **MS 38611-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of   **38**   months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $ **16.00** per **week** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
    Great Neck Tools
    3580 E. Raines Road
    Memphis, MS  38118

(B)   Joint Debtor shall pay $ **58.00** per **week** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
    Great Neck Tools
    3580 E. Raines Road
    Memphis, MS  38118

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:         $ **0.00**          @ **0.00**         /month
Mississippi Dept. of Revenue:    $ **0.00**          @ **0.00**         /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
                                                **MDHS - CSE, Attn: Bankruptcy Reporting Contact**
                                                **P O Box 352, Jackson, MS 39205**
**POST PETITION OBLIGATION: In the amount of $150.00 per month from the Debtor an $150.00 per month from the Joint Debtor, beginning in June, 2015**
To be paid ___ direct,   **XXX**   through payroll deduction for Debtor   **XXX**   through the plan for Jt Debtor
                                          -NONE-
**PRE-PETITION ARREARAGE: In the total amount of $1,200.00 owed by the Joint Debtor through May, 2015 shall be paid the amount of $31.58 per month beginning at confirmation.**
To be paid _____ Direct _____ through payroll deduction   **XXX**   through the plan.

**HOME MORTGAGES**. All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO:   **-NONE-**                BEGINNING _____   @$ _____   PLAN DIRECT
MTG ARREARS TO:   **-NONE-**           THROUGH _____   $ _____   @$ _____   /MO*
                                                                                (*Including interest at %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor:            **-NONE-**           Approx. amt. due: _____            Int. Rate: _____
Property Address: _____                  Are related taxes and/or insurance escrowed   Yes ___ No ___

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | Pay Value or Amt Owed |
|---|---|---|---|---|---|---|
| Jake Green Car Lot dba The Car Lot | 2004 Chevy Trailblazer | Yes | 1,800.00 | 5,220.00 | 5.00% | Amt. Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | Approx Debt | PROPOSED TREATMENT |
|---|---|---|---|
| Fidelity National Loans | 52"TV, 42" TV, Wii Game System w/ games, xbox game system w/games | 690.00 | avoid lien on all item; treat as a general unsecured claim |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME       APPROX. AMT. OWED       CONTRACTUAL MO. PMT.    PROPOSED TREATMENT
-NONE-

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   -NONE-

**GENERAL UNSECURED DEBTS** totaling approximately $__63,628.00__. Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or __0__% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $   **3,200.00**
Attorney Fees Previously Paid $  **200.00**
Attorney fees to be paid in plan $  **3,000.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules **with attorney's fees being paid by an initial payment of $100.00 and the remaining payment being calculated on a monthly basis**

Automobile Insurance Co/Agent

Telephone/Fax

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert Gambrell 4409**
**101 Ricky D Britt Sr Blvd, Ste 3**
**Oxford, MS 38655-4236**

Telephone/Fax  **662-281-8800**
Facismile No.  **662-202-1004**
E-mail Address  **rg@ms-bankruptcy.com**

DATE: **May 21, 2015**    DEBTOR'S SIGNATURE    **/s/ Timothy Daniel**

JOINT DEBTOR'S SIGNATURE    **/s/ Jerri Daniel**

ATTORNEY'S SIGNATURE    **/s/ Robert Gambrell**