**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: TIMOTHY DANIEL and                                                          CHAPTER 13
      JERRI DANIEL                                                                    NO. 15-11654 JDW

**Royal Furniture**
**P O Box 3784**
**Memphis, TN 38173-0784**

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the Objection to Secured Claim of Royal Furniture must be filed via ECF if you are registered with the Electronic Case Filing system, or alternatively filed with:

        David J. Puddister, Clerk
        U.S. Bankruptcy Court
        Thad Cochran, U.S. Courthouse
        703 Highway 145 North
        Aberdeen, MS 39730

with a copy served on Robert Gambrell, attorney for the debtor(s) and the Chapter 13 Trustee, on or before thirty (30) from the date of this notice, or the Court may enter a Confirmation Order, or in the alternative, may enter an order ex-parte, either of which shall sustain this Objection to Secured Claim of Royal Furniture and shall determine the amount of interest allowed to be charged, if any is allowed at all, shall set the value of the collateral, and the manner in which the claim shall be treated and paid by the trustee. The entry of the an ex-parte order or a confirmation order shall grant all relief requested therein. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED:     06/29/15                                        /s/ Robert Gambrell
CHAPTER 13 TRUSTEE:                              Robert Gambrell, Atty for Debtor(s)
Locke Barkley                                                101 Ricky D. Britt Blvd., Ste. 3
P. O. Box 55829                                              Oxford, MS 38655
Jackson, MS 39296                                        (662)281-8800 / Fax: 662-202-1004
(601)355-6661                                                MS Bar # 4409

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: TIMOTHY DANIEL and                                                                CHAPTER 13
JERRI DANIEL                                                                                      NO. 15-11654 JDW

**OBJECTION TO SECURED CLAIM OF ROYAL FURNITURE**

     COMES NOW, Debtors, by and through undersigned counsel, and file this Objection to Secured Claim of Royal Furniture to the following pre-petition claim and requests the Court to set the amount of the claim, or to set the value of the collateral for purpose of plan confirmation, or to determine the manner in which the arrears claim shall be treated and paid by the trustee:

DESCRIPTION OF COLLATERAL:           furniture

The amount of Claim #3:      $1,493.28

TREATMENT: The Debtors surrender any interest in the collateral, all of which has been discarded, and the claim shall be treated as a general unsecured claim.

DATED:     06/29/15                                                                   /s/ Robert Gambrell
                                                                                              Robert Gambrell, Atty for Debtors

## CERTIFICATE OF SERVICE

I, ROBERT GAMBRELL, Attorney for the above listed Debtors, do hereby certify that the following have been served electronically via ECF with a copy of the above Objection to Secured Claim of Royal Furniture and Notice of said Objection:

Henry G. Hobbs, Jr.: Acting U. S. Trustee: USTPRegion05.JA.ECF@usdoj.gov
Locke D. Barkley:    sbeasley@barkley13.com

I, further certify that I have this date mailed postage prepaid, a true and correct copy of said Objection and Notice to the following:

Royal Furniture
P O Box 3784
Memphis, TN 38173-0784

This the 29th day of June, 2015.

       /s/ Robert Gambrell
      ROBERT GAMBRELL