IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
TIMOTHY and JERRI DANIEL  
5 GROVE COVE  
BYHALIA, MS 38611

BANKRUPTCY NO: 15-11654-JDW

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**DATED: 12/07/2015**

Locke D. Barkley  
Chapter 13 Trustee  
P.O. Box 1859  
Memphis, TN 38101  
**(PAYMENTS ONLY)**

Locke D. Barkley  
Chapter 13 Trustee  
6360 I-55 North  
Suite 140  
Jackson MS 39211  
(601) 355-6661  
**(CORRESPONDENCE)**

**AMOUNT DUE: $997.00**  
(As of 12/3/15 thru end of DEC 2015)  
Plus accruing payments

**DATE DUE: 12/28/2015**

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 12/07/2015**

/s/ Locke D Barkley  
LOCKE D. BARKLEY  
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

ROBERT GAMBRELL  
GAMBRELL AND ASSOCIATES  
101 RICKY D BRITT SR BLVD STE 3  
OXFORD, MS 38655