**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

In Re: TIMOTHY DANIEL and                                    Case No. 15-11654-JDW
JERRI DANIEL

## NOTICE OF CHANGE OF ADDRESS

NOTICE is hereby given that the address of Revenue Recovery Corp is changed from:

Revenue Recovery Corp
P.O. Box 341308
Memphis, TN 38184-1308

The address is being changed to:

Wakefield & Assoc
P.O. Box 50250
Knoxville, TN 37950

/s/Robert Gambrell
ROBERT GAMBRELL
Attorney for Debtors
101 Ricky D. Britt, Sr. Blvd, Ste 3
Oxford, MS 38655
(662) 281-8800, Telephone
(662) 202-1004, Fax
MS Bar No. 4409

CERTIFICATE OF SERVICE

I, ROBERT GAMBRELL, Attorney for the above listed Debtors, do hereby certify that the following have been served electronically, via ECF, with a copy of the above Notice of Change of Address:

Henry G. Hobbs, Jr., Acting U. S. Trustee: USTPRegion05.JA.ECF@usdoj.gov
Locke D. Barkley, Chapter 13 Trustee: sbeasley@barkley13.com

This the 21 day of July, 2017.

/s/ Robert Gambrell
ROBERT GAMBRELL