IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY NO: 15-11654-JDW
TIMOTHY DANIEL
833 WALKER ROAD
COLDWATER, MS 38618-

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

| | | |
|---|---|---|
| **DATED**: 01/08/17 | Locke D. Barkley<br>Chapter 13 Trustee<br>P.O. Box 1859 | Locke D. Barkley<br>Chapter 13 Trustee<br>6360 I-55 North<br>Suite 140 |
| **AMOUNT DUE**: $1,147.50<br>(As of 1/4/18 through the end of January)<br>Plus accruing payments | Memphis, TN  38101-1859<br>**(PAYMENTS ONLY)** | Jackson MS  39211<br>(601) 355-6661<br>**(CORRESPONDENCE)** |

**DATE DUE**: 01/29/18

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 01/08/18**

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

ROBERT GAMBRELL
GAMBRELL AND ASSOCIATES
101 RICKY D BRITT SR BLVD STE 3
OXFORD, MS 38655-