## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: TIMOTHY DANIEL                                     CHAPTER 13
                                                          NO. 15-11654 JDW

### NOTICE

TO THE TRUSTEES AND ALL CREDITORS AND PARTIES-IN-INTEREST:

    YOU ARE HEREBY NOTIFIED that the Debtor in the above styled and numbered cause, has through the undersigned counsel, filed with this Court a Motion to Modify the Chapter 13 Plan requesting that her plan be modified as set out in said Motion.

    Any response or objection to said Motion must be filed via ECF if you are registered with the Electronic Case Filing system, or in the alternative by mail to the United States Bankruptcy Court, 703 Hwy 145 North, Aberdeen, MS 39730 no later than 21 days from the date of this Notice.  If any response or objection is served by mail, it shall be served upon Robert Gambrell, Attorney for the Debtor at the address shown below.

    In the absence of responses, the Court will rule on the Motion, *ex parte*. Said Motion is also on file with the United States Bankruptcy Court and is available for review by creditors, and a copy of said Motion is being served upon all parties simultaneously herewith.

    SO NOTICED, this the 21st day of February, 2018.

                                            /s/ Robert Gambrell
                                            ROBERT GAMBRELL; Attorney for
                                            Debtor; MSB #4409
                                            GAMBRELL & ASSOCIATES, PLLC
                                            101 Ricky D. Britt Blvd., Ste. 3
                                            Oxford, MS 38655
                                            Ph: (662)281-8800 / Fax: (662)202-1004
                                            rg@ms-bankruptcy.com

## CERTIFICATE OF SERVICE

I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served electronically via ECF with a copy of the above Notice to:

David W. Asbach, Acting U. S. Trustee
Locke D. Barkley, Chapter 13 Trustee
all parties that have entered an appearance requesting service via ECF

I further certify that the Motion has been served upon all parties that have entered an appearance requesting service via ECF, and that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Notice to all creditors and parties-in-interest as reflected on the master address list (matrix) on file in this case (copy attached to the Notice).

SO CERTIFIED, this the 21st day of February, 2018.

                                                   s/ Robert Gambrell
                                                   ROBERT GAMBRELL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: TIMOTHY DANIEL                                              CHAPTER 13
                                                                    NO. 15-11654 JDW

## MOTION TO MODIFY THE CHAPTER 13 PLAN

COMES NOW, Debtor, TIMOTHY DANIEL, in the above styled and numbered cause, by and through undersigned counsel and files this his Motion to Modify the Chapter 13 Plan respectfully showing unto the Court as follows:

1. This Court has jurisdiction over the parties and subject matter pursuant to 28 U.S.C. § 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157.

2. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code in the Northern District of Mississippi on May 7, 2015, in the above styled and numbered proceeding.

3. The Debtor's Chapter 13 Plan was confirmed on September 30, 2015 (Dkt. #31).

4. The Debtor has decided to surrender his 2004 Chevy Trailblazer to Tower Loan of Mississippi, LLC in order for his plan to be feasible.

5. The Debtor proposes to modify his Chapter 13 Plan and submit that the provisions that are to be modified are set forth as follows:

    a    The provision to pay Tower Loan of Mississippi, LLC for the 2004 Chevy Trailblazer in the Non-Mortgage Secured Claims section of the plan shall be deleted.

    b.    The Tower Loan of Mississippi, LLC claim shall be added to the Special Claimants section of the plan with a proposal to surrender collateral and treat any deficiency claim as a general unsecured claim.

    c.    The plan payment shall be reduced to the amount needed to fund the modified plan, as calculated by the Chapter 13 Trustee.

6. The Chapter 13 Trustee should be granted the authority to make the necessary adjustments to the plan payment and wage order to comply with the terms of the modified plan if the plan cannot be extended for enough months to keep the payment the same.

7. Should no parties file a response or objection to this Motion to Modify Chapter 13 Plan within 21 days of the filing of this Motion, the Court will rule on the Motion, ex parte. Service of the response and objection shall be completed as set forth in the Notice of this Motion filed simultaneously herewith.

WHEREFORE, Debtor prays that this Court will enter its Order modifying the Chapter 13 Plan which was confirmed on September 30, 2015 (Dkt. #31) and modified by Order of this Court (Dkt. #70) on September 5, 2017, consistent with the provisions set forth above. Debtor prays for such other, further and general relief to which he may be entitled.

    Respectfully submitted,
    TIMOTHY DANIEL , Debtor

BY: /s/ Robert Gambrell
    ROBERT GAMBRELL; Attorney for
    Debtor; MSB #4409
    GAMBRELL & ASSOCIATES, PLLC
    101 Ricky D. Britt Blvd., Ste. 3
    Oxford, MS 38655
    Ph: (662)281-8800 / Fax: (662)202-1004
    rg@ms-bankruptcy.com

CERTIFICATE OF SERVICE

    I, ROBERT GAMBRELL, Attorney for the above listed Debtor, do hereby certify that the following have been served with a true and correct copy of the above Motion to Modify the Chapter 13 Plan to:

    David W. Asbach, Acting U. S. Trustee
    Locke D. Barkley, Chapter 13 Trustee
    all parties that have entered an appearance requesting service via ECF

    I further certify that the Motion has been served upon all parties that have entered an appearance requesting service via ECF, and that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Notice to all creditors and parties-in-interest as reflected on the master address list (matrix) on file in this case (copy attached hereto).

    This the 21st day of February, 2018.

                                                /s/ Robert Gambrell
                                              ROBERT GAMBRELL

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**In Re: TIMOTHY DANIEL**                                                       **CHAPTER 13**
                                                                                 **NO. 15-11654 JDW**

## ORDER

THIS CAUSE having come before the Court for consideration of the Motion to Modify the Chapter 13 Plan filed by the Debtor and no responses having been filed after notice to all creditors and parties in interest, and the Court having considered the Motion is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion to Modify the Chapter 13 Plan confirmed on September 30, 2015 (Dkt. #31) and modified by Order of this Court (Dkt. #70) on September 5, 2017, is hereby approved and the provisions of said confirmed Chapter 13 Plan are modified to be consistent with the modified provisions in said Motion, as set out below.

a. The provision to pay Tower Loan of Mississippi, LLC for the 2004 Chevy Trailblazer in the Non-Mortgage Secured Claims section of the plan is hereby deleted.

b. Tower Loan of Mississippi, LLC claim is hereby added to the Special Claimants section of the plan with a proposal to surrender collateral and treat any deficiency claim as a general unsecured claim.

c. The plan payment shall be reduced to the amount needed to fund the modified plan, as calculated by the Chapter 13 Trustee.

IT IS FURTHER ORDERED AND ADJUDGED that the Chapter 13 Trustee is hereby given the authority to make the changes necessary insure completion of the modified plan if the plan cannot be extended long enough to keep the plan payment the same.

**END OF ORDER**

Submitted by:

 /s/ Robert Gambrell
Robert Gambrell, Atty for Debtor, MS Bar #4409
GAMBRELL & ASSOCIATES, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 15-11654-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Thu Feb  8 14:09:30 CST 2018 | Alana R. Daniel<br>645 Watson Drive<br>Senatobia, MS 38668-3539 | Amy & Alan Wilburn<br>1587 W. Main Street<br>Senatobia, MS 38668-2653 |
| BAPTIST DESOTO EMERGENCY DEPARTMENT<br>Revenue Recovery Corporation<br>PO Box 50250<br>Knoxville, TN 37950-0250 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BankPlus<br>Atn:Tom Hudson, General Counsel<br>1068 Highland Colony Pkwy<br>Ridgeland, MS 39157-8807 |
| CACH, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One Bank<br>6125 Lakeview Rd. Ste 800<br>Charlotte, NC 28269-2605 | Commonwealth Financial Systems<br>245 Main St.<br>Scranton, PA 18519-1641 |
| Consolidated Recovery Systems<br>P.O. Box 1719<br>Memphis, TN 38101-1719 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance Corp<br>25505 West 12 Mile Rd.<br>Southfield, MI 48034-8316 |
| Credit Business Services<br>P.O. BOx 4127<br>Fort Walton Beach, FL 32549-4127 | Credit Collection Services<br>P.O. Box 9134<br>Needham Heights, MA 02494-9134 | DHS - Desoto County<br>Child Suppor Enforcement<br>P O Box 620<br>Hernando, MS 38632-0620 |
| DHS - Tate County<br>P.O. Box 280<br>Senatobia, MS 38668-0280 | DUCKWORTH PATHOLOGY GROUP<br>C/O CONSOLIDATED RECOVERY SYSTEMS<br>2650 THOUSAND OAKS BLVD STE 4200<br>MEMPHIS, TN 38118-2451 | Entergy Mississippi, Inc.<br>L JEF 359<br>4809 Jefferson Hwy<br>New Orleans, LA 70121-3122 |
| Fast Cash<br>1073 Goodman Road West<br>Horn Lake, MS 38637-1440 | Fidelity National Loans<br>109 Van Dom Avenue<br>Holly Springs, MS 38635-3005 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 |
| Healthcare Financial Services, LLC<br>P.O. Box 320309<br>Jackson, MS 39232-0309 | Jake Green Car Lot<br>5587 Highway 305<br>Coldwater, MS 38618-5852 | Jenny Phillips<br>527 Wallhill Road<br>Coldwater, MS 38618-5745 |
| Kay Jewelers<br>P.O. Box 740425<br>Cincinnati, OH 45274-0425 | MDHS - CSE<br>Attn: Bankruptcy Reporting Contact<br>P.O. Box 352<br>Jackson, MS 39205-0352 | METHODIST LEBONHEUR HEALTHCARE<br>C/O CONSOLIDATED RECOVERY SYSTEMS<br>2650 THOUSAND OAKS BLVD STE 4200<br>MEMPHIS, TN 38118-2451 |
| Mark McDonald<br>527 Wallhill Road<br>Coldwater, MS 38618-5745 | Medical Financial Services<br>P.O. Box 1000, Dept. 3<br>Memphis, TN 38148-0001 | Medical Financial Services<br>6555 Quince Rd., Suite 301<br>Memphis, TN 38119-8220 |

Memphis City Court Clerk
201 Poplar Ave, #LL80
Memphis, TN 38103-1945

Mississippi Court Collections, Inc.
P. O. Box 1384
Brandon, MS 39043-1384

Nissan Motor Acceptance Corp.(
P.O. Box 660366
Dallas, TX 75266-0366

PCM
P.O. Box 4037
Jonesboro, AR 72403-4037

Professional Credit
500 Washington
Jonesboro, AR 72401

Regions Bank
P.O. Box 10063
Birmingham, AL 35202-0063

Revenue Recovery Corp
P O Box 50250
Knoxville, TN 37950-0250

Royal Furniture
128 S. Main
Memphis, TN 38103-3616

Royal Furniture Company
P.O. Box 3784
Memphis, Tennessee 38173-0784

Smith Rouchon & Associates
1456 Ellis Ave.
Jackson, MS 39204-2204

Third Union Finance, Inc.
P.O. Box 306
Senatobia, MS 38668-0306

Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

Tulane Park Apartments
7100 Tulane Road
Horn Lake, MS 38637-1481

Verizon Wireles
500 Technology Dr # 550
Saint Charles, MO 63304-2225


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
NC4-105-03-14
4161 Peidmont Parkway
Greensboro, NC 27410

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43