

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                            **CHAPTER 13 CASE NO.:**

**TIMOTHY DANIEL**                                                                **15-11654-JDW**

## ORDER GRANTING MOTION TO DISMISS (Dkt. #74)

THIS MATTER came before the Court on Trustee's Motion to Dismiss (Dkt. #74)(the "Motion") and response thereto filed by Debtor (Dkt. #75). Debtor's counsel was present at the hearing; however, Debtor failed to appear in defense of the Motion. The Court, being fully advised in the premises, does hereby order as follows:

IT IS ORDERED that the Motion shall be and is hereby granted and this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com